# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| CHRISTOPHER GOODE,<br><br>Plaintiff,<br><br>v.<br><br>TRANSUNION, LLC.,<br><br>Defendants. | Case No. 4:24-cv-04917<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANSUNION LLC.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff CHRISTOPHER GOODE ("Plaintiff") and Defendant TRANSUNION, LLC., ("TRANSUNION" or "Defendant") have reached settlement in the above-captioned action. The plaintiff expects to file a Notice of Dismissal as to TRANSUNION once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete settlement documents and notify this honorable Court of dismissal.

RESPECTFULLY SUBMITTED,

Dated: January 16, 2025     By:     */s/: Jeffrey Lohman*
                                    Jeffrey Lohman, Bar #032315
                                    The Law Offices of Jeffrey Lohman, PLLC
                                    2325 Camelback Road, Suite 400
                                    Phoenix, AZ 85016
                                    Phone: (602) 461-7404
                                    Email: jeffl@jlohman.com

                                    Attorneys for Plaintiff,
                                    CHRISTOPHER GOODE

1

**NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANSUNION LLC.**

## CERTIFICATE OF SERVICE

I certify that on January 16, 2025, I served Plaintiff CHRISTOPHER GOODE's Notice of Settlement using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

                      By:   */s/: Jeffrey Lohman*
                              Jeffrey Lohman, Bar #032315
                              The Law Offices of Jeffrey Lohman, PLLC
                              2325 Camelback Road, Suite 400
                              Phoenix, AZ 85016
                              Phone: (602) 461-7404
                              Email: jeffl@jlohman.com

                              Attorneys for Plaintiff,
                              CHRISTOPHER GOODE